UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIS MOHAMMAD,<br><br>            Petitioner,<br><br>   v.<br><br>PAUL THOMPSON,<br><br>            Respondent. | No.  2:21-cv-02162-TLN-CKD<br><br><br>ORDER |

Petitioner is a federal inmate proceeding pro se and in forma pauperis in this habeas corpus petition filed pursuant to 28 U.S.C. § 2241.  On May 26, 2022, respondent filed a motion to dismiss.  Petitioner has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days from the date of this order, petitioner shall file an opposition or a statement of non-opposition to the motion to dismiss.  Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  July 28, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/moha2162.46osc.mtd.docx

1