UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIS MOHAMMAD,<br><br>Petitioner,<br><br>v.<br><br>PAUL THOMPSON, et al.,<br><br>Respondents. | No. 2:21-cv-02162-TLN-CKD<br><br><br><br>**ORDER** |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 27, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

Although it appears from the file that petitioner's copy of the findings and recommendations was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 27, 2022, are ADOPTED IN FULL;

2. Respondent's motion to dismiss (ECF No. 9) is granted based on Petitioner's failure to exhaust his administrative remedies.

3. Petitioner's application for a writ of habeas corpus (ECF No. 1) is DISMISSED without prejudice.

**DATED:  December 15, 2022**

Troy L. Nunley
United States District Judge